UNTIED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No: 1:18-cv-24142-PCH

DANAE ROSALES GONZALEZ,

    Plaintiff,
v.

O GROUP, LLC,

    Defendant.
_____/

### NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

Plaintiff DANAE ROSALES GONZALEZ hereby files the attached order scheduling mediation (Exhibit 1). A copy of the proposed order has been e-mailed to the Court.

Respectfully submitted this 25th day of April, 2019.

    By: **s/Lowell J. Kuvin**
        Lowell J. Kuvin, Esq.
        Florida Bar No.: 73052
        lowell@kuvinlaw.com
        Sundeep K. Mullick, Esq.
        Florida Bar No. 18175
        sunny@kuvinlaw.com
        esther@kuvinlaw.com
        *Law Office of Lowell J. Kuvin, LLC*
        17 East Flagler Street, Suite 223
        Miami, Florida 33131
        Tel.: 305.358.6800
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **April 25, 2019**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By:   s/Lowell J. Kuvin
Lowell J. Kuvin, Esq.
Florida Bar No.: 73052
lowell@kuvinlaw.com
Sundeep K. Mullick, Esq.
Florida Bar No. 18175
sunny@kuvinlaw.com
esther@kuvinlaw.com
*Law Office of Lowell J. Kuvin, LLC*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
*Attorneys for Plaintiff*

## Service List

Miguel Armenteros, Esq.
Fla. Bar No. 14929
Annesser Armenteros
2525 Ponce de Leon Blvd, Suite 625
(786) 600-7446 Telephone
marmenteros@aa-firm.com
lconley@aclaw-firm.com
service@aclaw-firm.com
*Attorneys for Defendant*