UNTIED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No: 1:18-cv-24142-PCH

DANAE ROSALES GONZALEZ,

      Plaintiff,

v.

O GROUP, LLC,

      Defendant.

_____/

**ORDER SCHEDULING MEDIATION**

      The mediation conference in this matter shall be held with Richard A. Sachs, Esq. on June 4, 2019, at 10:00 am at 3113 Stirling Road, Suite 201, Ft. Lauderdale, Florida 33312.

ENTERED this ___ day of _____, 2019.

                                                               _____
                                                               PAUL C. HUCK
                                                               U.S. District Judge

Copies furnished:
All counsel of record