UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-24142-HUCK/McAliley

DANAE ROSALES GONZALEZ,

    Plaintiff,

v.

O GROUP, LLC,

    Defendant.

_____/

## NOTICE OF STRIKING FILING OF DOCUMENT #45

Defendant, O Group, LLC, by and through its undersigned counsel, hereby gives notice of striking the filing of Document #45 due to missing pages that were not registered by the CM/ECF system. Said document will be refiled.

Dated:  June 26, 2019

Respectfully submitted,

*/s/ Miguel Armenteros*
Miguel Armenteros, Esq.
Fla. Bar No. 14929
Megan H. Conkey, Esq.
Fla. Bar No. 1002944
miguel@aa-firm.com
service@aclaw-firm.com
mconkey@aclaw-firm.com
lconley@aclaw-firm.com
ANNESSER ARMENTEROS, PLLC
2525 Ponce de Leon Blvd, Suite 625
Coral Gables, FL  33134
(786) 600-7446   Telephone
(786) 607-3022   Facsimile
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk using the Court's CM/ECF System which will provide a notice of electronic filing upon all counsel of record, including:

Lowell J. Kuvin, Esq.
Law Office of Lowell J. Kuvin, LLC
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305-358-6800
Fax: 305-358-6808
*Counsel for Plaintiff*
lowell@kuvinlaw.com
esther@kuvinlaw.com

                                                 */s/ Miguel Armenteros*
                                                 Miguel Armenteros, Esq.