# EXHIBIT "1"

Annesser Armenteros PLLC

2525 Ponce De Leon Blvd, Suite 625

Coral Gables, FL  33134

786-600-7446



# INVOICE

**INVOICE #** 4982

**DATE** 03.05.2019

**DUE DATE** 04.04.2019

**TERMS** Net 30

**BILL TO**

Carlos Flores

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

**MATTER**

Gonzalez v. O Group, LLC

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 02.05.2019 | JWA | Attend deposition of Miguel Armenteros; confer ██████ | 2:00 | 350.00 | 700.00 |
| 02.05.2019 | MA | Attend deposition and testify. | 2:00 | 0.00 | 0.00 |
| | | | | | Subtotal: 700.00 |
| 03.05.2019 | EXP | Reimbursable expenses for the month: | | | |
| 03.05.2019 | ADMN | Administrative Fees for the Month | | | 35.00 |
| | | | | | Subtotal: 35.00 |

**BALANCE DUE**

## $735.00

Thank you for your prompt payment!

**Annesser Armenteros PLLC**

2525 Ponce De Leon Blvd, Suite 625

Coral Gables, FL  33134

786-600-7446



# INVOICE

| | |
|---|---|
| **INVOICE #** | 6056 |
| **DATE** | 05.10.2019 |
| **DUE DATE** | 06.09.2019 |
| **TERMS** | Net 30 |

**BILL TO**

Carlos Flores

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

........................................................................................................................................

**MATTER**

Gonzalez v. O Group, LLC

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 03.05.2019 | Balance Forward | $735.00 |
| | Payments and credits between 03.05.2019 and 05.10.2019 | 0.00 |
| | New charges (details below) | 10,617.30 |
| | Total Amount Due | $11,352.30 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04.10.2019 | MC | Discussion with MA regarding discovery deadlines, discovery to be drafted ▓▓▓▓▓▓ Reviewed Order Setting Civil Jury Trial Date and Pre-Trial Schedule for upcoming deadlines, discovery cutoff.  Reviewed Complaint. Legal research for case relating to summary judgment and for discovery. (Total Hours 1.6) | 1:00 | 250.00 | 250.00 |
| 04.11.2019 | MC | Drafted offer of judgment. | 0:42 | 250.00 | 175.00 |
| 04.11.2019 | MC | Drafted Defendant's First Request for Production to Plaintiff. | 1:54 | 250.00 | 475.00 |
| 04.11.2019 | MC | Drafted Exhibit "A" and Schedule "A" for Subpoena Duces Tecum with Deposition for Belen Rodriguez. | 0:30 | 250.00 | 125.00 |
| 04.11.2019 | MC | Drafted Defendant's First Set of Interrogatories to Plaintiff. | 1:12 | 250.00 | 300.00 |
| 04.12.2019 | LCA | Download documents from CM/ECF docket; prepare Notice of Appearance and Designation of E-mail Addresses for attorney review | 0:30 | 0.00 | 0.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04.12.2019 | MA | Draft settlement letter to opposing counsel; Rsh re: ████ | 0:48 | 0.00 | 0.00 |
| 04.15.2019 | LCA | Phone call to Clerk of USDC; reactivate M. Armenteros in case: revise and finalize Notice of Appearance; file Notice with CM/ECF | 0:24 | 0.00 | 0.00 |
| 04.18.2019 | MC | Discussion with MA re discovery to be propounded and deposition dates. | 0:06 | 250.00 | 25.00 |
| 04.23.2019 | MA | Review and revise first requests for production to plaintiff; Review and revise offer of judgment to plaintiff; Review and approve first set of interrogatories to plaintiff | 0:42 | 350.00 | 245.00 |
| 04.24.2019 | MC | Drafted HIPAA form. Discussion with MA re discovery. Edited Offer of Judgment. | 0:30 | 250.00 | 125.00 |
| 04.24.2019 | MC | Receipt and review of address for Belen Rodriguez for deposition DT with deposition. | 0:06 | 250.00 | 25.00 |
| 04.24.2019 | LCA | Upload trial order from Pacer; calendar all deadlines; remove cancelled events ████ | 1:12 | 0.00 | 0.00 |
| 04.24.2019 | LCA | Proofread and revise 1st Request for Production to Plaintiff, HIPPA Form, 1st Set of Interrogatories to Plaintiff and Offer of Judgment to Plaintiff for attorney review; brief discussion with MA re: definitions and instructions; revise definitions and instructions on Request and Interrogatories; final revisions and finalize all documents; scan and serve on opposing counsel; email to opposing counsel re: mediation dates (Total Hours 2.8) | 1:18 | 120.00 | 156.00 |
| 04.24.2019 | MA | Draft witness list | 0:30 | 350.00 | 175.00 |
| 04.24.2019 | MA | Communications with counsel for Rosales regarding selection of mediator. | 0:30 | 350.00 | 175.00 |
| 04.25.2019 | LCA | E-mail to opposing counsel re: mediation dates and proposed deposition dates for B. Gallardo; prepare Defendant's Trial Witness List; serve on opposing counsel; prepare draft Subpoena for Deposition Duces Tecum and Notice of Taking Deposition Duces Tecum for B. Gallardo pending receipt of dates | 1:00 | 120.00 | 120.00 |
| 04.26.2019 | LCA | Finalize Subpoena and Notice of Taking Deposition Duces Tecum for Belen R. Gallardo; serve Notice on opposing counsel; email Subpoena | 0:30 | 120.00 | 60.00 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | and Notice to process server for service; email Notice to court reporter; download recent filings from USDC website | | | |
| 04.30.2019 | MC | Receipt and review of Plaintiff's 2nd RFP. | 0:06 | 0.00 | 0.00 |
| 05.01.2019 | MC | Reviewed Plaintiff's 1st RFP. Started drafting a response to the same. | 0:54 | 250.00 | 225.00 |
| 05.01.2019 | MC | Reviewed Plaintiff's First Request for Admissions, Plaintiff's First Set of Interrogatories and Plaintiff's 2nd RFP. Discussion with MA re responses to same and deposition preparation ▆▆▆ | 0:48 | 250.00 | 200.00 |
| 05.01.2019 | MC | Legal research for client deposition preparation and for motion for summary judgment. | 0:36 | 250.00 | 150.00 |
| 05.01.2019 | MC | Started drafting Response to Plaintiff's First Requests for Admissions | 0:24 | 250.00 | 100.00 |
| 05.01.2019 | MC | Drafted Response to Plaintiff's Second Request for Production. | 0:36 | 250.00 | 150.00 |
| 05.02.2019 | MC | Legal research for Motion for Summary Judgment and deposition preparation. | 1:18 | 250.00 | 325.00 |
| 05.02.2019 | MC | Legal research on FCRA for deposition preparation and summary judgment. Further legal research on Title VII claims for same. Discussion with MA re same. | 2:54 | 250.00 | 725.00 |
| 05.02.2019 | MC | Continued drafting responses and objections to Plaintiff's First RFP. | 1:54 | 250.00 | 475.00 |
| 05.02.2019 | MA | Prepare for ▆▆▆ deposition; draft outline of depo topics and themes. | 1:24 | 350.00 | 490.00 |
| 05.03.2019 | MC | Meeting with client ▆▆▆ | 1:36 | 250.00 | 400.00 |
| 05.03.2019 | MC | Edited Defendant's Response to Request for Admissions ▆▆▆ | 0:24 | 250.00 | 100.00 |
| 05.03.2019 | MA | Conduct preparation for deposition of Carlos Flores | 1:36 | 350.00 | 560.00 |
| 05.06.2019 | MA | Attend deposition of C. Flores | 4:00 | 350.00 | 1,400.00 |
| 05.09.2019 | MC | Receipt and review of Plaintiff's 3rd RFP and Plaintiff's Motion to Shorten Time to Response or in alt. to modify scheduling order. | 0:18 | 250.00 | 75.00 |
| 05.14.2019 | MC | Correspondence ▆▆▆ | 0:06 | 250.00 | 25.00 |
| 05.15.2019 | MC | Correspondence ▆▆▆ | 0:12 | 250.00 | 50.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | ████. | | | |
| 05.16.2019 | MC | Drafted notes for ████ review in connection with outstanding discovery. Correspondence ████ re responding to interrogatories and compiling documents responsive to 1st RFP, etc. | 0:30 | 250.00 | 125.00 |
| 05.16.2019 | MC | Telephone call ████████████████ | 0:42 | 250.00 | 175.00 |
| 05.17.2019 | MC | Reviewed and organized documents to be produced in connection with Plaintiff's 1st RFP. | 2:00 | 250.00 | 500.00 |
| 05.17.2019 | MC | Receipt and review of correspondence from client regarding interrogatory answers and RFP documents. Responded to same. | 0:12 | 250.00 | 50.00 |
| 05.17.2019 | MC | Drafted responses/objections to Plaintiff's First Interrogatories to Defendant. Revised client's responses for same. Correspondence to client re verification page for interrogatories. Receipt and review of same from client. Discussion with MA re same. | 3:06 | 250.00 | 775.00 |
| 05.17.2019 | MC | Telephone call ████ ████████████████ | 0:06 | 250.00 | 25.00 |
| 05.17.2019 | MC | Revised Responses to 1st Request for Production based on documents provided ████████ | 2:12 | 250.00 | 550.00 |
| 05.20.2019 | MC | Receipt and review of Plaintiff's Rule 26 disclosures. | 0:06 | 250.00 | 25.00 |
| | | | | Subtotal: | 10,106.00 |
| 05.10.2019 | EXP | Reimbursable expenses for the month: | | | |
| 05.10.2019 | ADMN | Administrative Fees for the Month | | | 505.30 |
| 07.17.2019 | | Miami Parking Authority | | | 6.00 |
| | | | | Subtotal: | 511.30 |

| | | |
|---|---|---|
| TOTAL OF NEW CHARGES | | 10,617.30 |
| BALANCE DUE | | **$11,352.30** |

Thank you for your prompt payment!

**Annesser Armenteros PLLC**

2525 Ponce De Leon Blvd, Suite 625

Coral Gables, FL  33134

786-600-7446



# INVOICE

| | |
|---|---|
| **INVOICE #** | 6264 |
| **DATE** | 06.10.2019 |
| **DUE DATE** | 07.10.2019 |
| **TERMS** | Net 30 |

**BILL TO**

Carlos Flores

---

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MATTER**

Gonzalez v. O Group, LLC

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 05.10.2019 | Balance Forward | $11,352.30 |
| | Payments and credits between 05.10.2019 and 06.10.2019 | 0.00 |
| | New charges (details below) | 13,066.94 |
| | Total Amount Due | $24,419.24 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05.09.2019 | MA | Conference call with Judge regarding postponement of deadlines and trial order | 0:24 | 350.00 | 140.00 |
| 05.10.2019 | MA | Analyze and outline strategy for sanctions motion under Rule 11 | 0:48 | 350.00 | 280.00 |
| 05.10.2019 | MA | Review various communications ▋▋ ▋▋▋▋▋ (NC) | 0:24 | 350.00 | 140.00 |
| 05.20.2019 | LCA | Proofread, revise and finalize Answers to Interrogatories; Responses to Request for Production and Response to Requests for Admission; serve all on opposing counsel; email to opposing counsel re: receipt of document production | 1:30 | 120.00 | 180.00 |
| 05.20.2019 | MC | Edited Response to 2nd RFP propounded by Plaintiff. | 0:30 | 250.00 | 125.00 |
| 05.20.2019 | MC | Drafted Defendant's Second Set of Interogs and 2nd RFP to Plaintiff. Reviewed notes ▋▋▋▋▋▋ | 0:48 | 250.00 | 200.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05.20.2019 | MC | Edited Defendant's Answers to Admissions and response to 1st RFP. Discussion with MA re same. | 1:00 | 250.00 | 250.00 |
| 05.20.2019 | MA | Gather and revise responses to requests for production | 3:00 | 350.00 | 1,050.00 |
| 05.20.2019 | MA | Draft additional discovery to Plaintiff. | 0:30 | 350.00 | 175.00 |
| 05.21.2019 | LCA | Proofread, revise and finalize Second Set of Interrogatories to Plaintiff and Second Request for Production to Plaintiff; serve on opposing counsel; convert all documents to be produced into .pdf format; create Word document from .pdf ▮▮▮ ▮▮▮ mail to MHC and MA; combine all documents to be produced to be bates-stamped for production | 3:06 | 120.00 | 372.00 |
| 05.22.2019 | LCA | Review bates-stamped documents for accuracy; prepare list of documents with bates numbers; prepare list of responses and corresponding bates numbers for responsive documents; e-mail copy of Response, responsive documents and List of Responses to opposing counsel | 1:30 | 120.00 | 180.00 |
| 05.23.2019 | MA | Extensive research on motivation element for prima facie case of pregnancy discrimination; review EEOC filings and verified statements of plaintiff; prepare arguments for mediation. | 3:30 | 350.00 | 1,225.00 |
| 05.23.2019 | MA | Outline potential Rule 11 Motion and argument for same | 0:42 | 350.00 | 245.00 |
| 05.23.2019 | MA | Prepare for deposition of Belen Rodriguez | 1:00 | 350.00 | 350.00 |
| 05.23.2019 | MA | Begin outline of motion for summary judgment | 1:30 | 350.00 | 525.00 |
| 05.23.2019 | MC | Prepared notes ▮▮▮ in connection with Plaintiff's Second RFP. Correspondence ▮▮▮ Discussion with MA re same. | 0:30 | 250.00 | 125.00 |
| 05.24.2019 | MC | Correspondence ▮▮▮ review 2nd RFP and provide responsive documents. | 0:06 | 250.00 | 25.00 |
| 05.24.2019 | MA | Confer with counsel and attend deposition of Belen Rodriguez | 1:00 | 350.00 | 350.00 |
| 05.28.2019 | MC | Receipt and review of correspondence ▮▮▮ re documents responsive to 2nd RFP. Responded to same. | 0:12 | 250.00 | 50.00 |
| 05.28.2019 | MC | Revised Defendant's Responses to 2nd RFP following review of documents from client. | 0:18 | 250.00 | 75.00 |
| 05.28.2019 | MC | Reviewed documents provided ▮▮▮ | 2:30 | 250.00 | 625.00 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | ██ response to 2nd RFP. Discussion with MA re documents being produced. | | | |
| 05.28.2019 | MC | Correspondence ██ ██ 2nd request for production. Discussion with MA re responding and deadline for same. | 0:24 | 250.00 | 100.00 |
| 05.28.2019 | MC | Telephone call ██ responding to 2nd RFP in case. Started organizing documents responsive to 2nd RFP and taking notes on same for file. | 0:24 | 250.00 | 100.00 |
| 05.28.2019 | MA | Draft Motion for Sanctions | 3:30 | 350.00 | 1,225.00 |
| 05.29.2019 | LCA | Emails with opposing counsel's office re: document production | 0:06 | 120.00 | 12.00 |
| 05.29.2019 | MC | Receipt and review of affidavit and correspondence ██ ██ Responded to ██ correspondence. | 0:06 | 250.00 | 25.00 |
| 05.29.2019 | MA | Revise affidavit in support of motion for sanctions under Rule 11 | 1:00 | 350.00 | 350.00 |
| 05.29.2019 | MA | Continued attention to and finalization of motion for sanctions under Rule 11. | 3:24 | 350.00 | 1,190.00 |
| 05.30.2019 | LCA | Proofread and revise Rule 11 Motion for Sanctions; email for attorney review; additional revisions and finalize Motion; proofread and finalize Response to Second Request for Production; bates-stamp responsive documents; prepare list of responses with corresponding bates numbers; serve Rule 11 Motion and Response to 2nd RFP with documents and list on opposing counsel; send Motion and Response via overnight mail | 2:36 | 120.00 | 312.00 |
| 05.30.2019 | MC | Started drafting Defendant's Response to Plaintiff's 3rd RFP. Correspondence ██ ██. | 0:36 | 250.00 | 150.00 |
| 05.31.2019 | MC | Drafted Defendant's Response and Objections to Plaintiff's 3rd RFP. | 0:30 | 250.00 | 125.00 |
| 05.31.2019 | MC | Correspondence ██ re Plaintiff's 3rd RFP and upcoming mediation. | 0:06 | 250.00 | 25.00 |
| 05.31.2019 | LCA | Proofread, revise and finalize Mediation Summary for 6/4/19 mediation; attach exhibits; prepare fax cover sheet; send to R. Sachs via e-mail, facsimile and U.S. Mail; ██ | 1:00 | 120.00 | 120.00 |
| 05.31.2019 | MA | Draft motion for summary judgment | 3:30 | 350.00 | 1,225.00 |
| 05.31.2019 | MA | Draft confidential mediation statement | 1:30 | 350.00 | 525.00 |
| 06.03.2019 | MC | Discussion with MA re discovery | 0:36 | 250.00 | 150.00 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | conference. Receipt and review of correspondence ███ Responded to same. Receipt of documents ███ ███ | | | |
| | | | | | Subtotal: 12,321.00 |
| 06.10.2019 | **EXP** | Reimbursable expenses for the month: | | | |
| 06.01.2019 | | FedEx Package to Lowell J Kuvin Esq. | | | 29.89 |
| 05.30.2019 | | DLE Court Reporters -5/24/19 Deposition of Belen Rodriguez Gallardo & CNA | | | 100.00 |
| 06.10.2019 | **ADMN** | Administrative Fees for the Month | | | 616.05 |
| | | | | | Subtotal: 745.94 |

| | | |
|---|---|---|
| TOTAL OF NEW CHARGES | | 13,066.94 |
| BALANCE DUE | | **$24,419.24** |

**Annesser Armenteros PLLC**

2525 Ponce De Leon Blvd, Suite 625

Coral Gables, FL  33134

786-600-7446



# INVOICE

**INVOICE #** 6236

**DATE** 07.10.2019

**DUE DATE** 08.09.2019

**TERMS** Net 30

**BILL TO**

Carlos Flores

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**MATTER**

Gonzalez v. O Group, LLC

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 06.10.2019 | Balance Forward | $24,419.24 |
| | Payments and credits between 06.10.2019 and 07.10.2019 | 0.00 |
| | New charges (details below) | 17,040.80 |
| | Total Amount Due | $41,460.04 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06.04.2019 | MA | Attend mediation conference and advocate for client | 4:30 | 350.00 | 1,575.00 |
| 06.05.2019 | MA | Review responses to 3rd requests for production | 0:24 | 0.00 | 0.00 |
| 06.06.2019 | MA | Review amendments to discovery requests from plaintiff | 0:24 | 350.00 | 140.00 |
| 06.06.2019 | MA | Discovery conference for Rosales pending items | 0:30 | 350.00 | 175.00 |
| 06.07.2019 | JWA | Discuss with MA Motion to Compel Deposition; Confer with LC regarding preparation of Motion to Compel. | 0:12 | 350.00 | 70.00 |
| 06.17.2019 | MA | Begin draft of motion for summary judgment; legal research regarding authority supporting changes to testimony. | 1:00 | 350.00 | 350.00 |
| 06.18.2019 | MA | Draft motion for protective order re: deposition of Belen Rodriguez | 1:30 | 350.00 | 525.00 |
| 06.18.2019 | MA | Draft motion for summary judgment (Original Time 6.6 Hours) | 5:48 | 350.00 | 2,030.00 |
| 06.21.2019 | MA | Revise demand letter to A. Roldan | 0:24 | 350.00 | 140.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06.21.2019 | MA | Continued attention to motion for summary judgment. | 1:18 | 350.00 | 455.00 |
| 06.24.2019 | MA | Continued attention to motion for summary judgment (Original Time 7.5 Hours) | 7:12 | 350.00 | 2,520.00 |
| 06.24.2019 | LCA | E-mail to court reporter re: cancellation of deposition on 6/25/19 per Order on motion for protective order | 0:06 | 120.00 | 12.00 |
| 06.25.2019 | MA | Final motion for summary judgement | 5:00 | 350.00 | 1,750.00 |
| 06.25.2019 | LCA | Proofread, revise and finalize Motion for Summary Judgement; assemble Affidavit of Carlos Flores and all other exhibits; file with USDC; Extract exhibits from Rule 11 Motion filed on 5/30/19; file Motion and exhibits with court | 2:54 | 120.00 | 348.00 |
| 06.26.2019 | MA | Attend discovery conference on both parties' motion to compel and advocate for client (Original Time 2.2 hours) | 1:00 | 350.00 | 350.00 |
| 06.26.2019 | LCA | Review of Doc. 45 per EP; phone call to Clerk of USDC; prepare and file Notice of Striking Filing of Doc. 45; re-file Rule 11 Motion for Sanctions and exhibits | 0:30 | 0.00 | 0.00 |
| 06.10.2019 | MC | Receipt and review of Plaintiff's Notice of Discovery Hearing. Drafted Defendant's Notice of Discovery Hearing for discovery objections made by Plaintiff. Filed Notice of Discovery hearing with federal court and scheduled hearing. (Original Time 1.4 hours) | 1:00 | 250.00 | 250.00 |
| 06.10.2019 | MC | Reviewed O Group WhatsApp messages to be produced for supplemental discovery. (Original Time 2.3 hours) | 2:00 | 250.00 | 500.00 |
| 06.10.2019 | MC | Edited Defendant's responses to Plaintiff's First and Second RFP. Organized and reviewed additional discovery, such as WhatsApp chats, to be provided in response to same. | 3:54 | 250.00 | 975.00 |
| 06.11.2019 | MC | Receipt and review of O Group 2017 Tax Return. Organized documents being provided in supplemental response to RFPs. (Original Time 3 hours) | 2:24 | 250.00 | 600.00 |
| 06.11.2019 | LCA | Update deadlines on calendar to reflect new trial order; prepare draft Motion to Compel Appearance at Deposition for attorney review; e-mails with DLE to obtain complete Return of Service | 1:00 | 120.00 | 120.00 |
| 06.11.2019 | MC | Discussion with MA re supplemental documents and amended responses. Correspondence ▮▮▮ | 0:18 | 250.00 | 75.00 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06.12.2019 | MC | Correspondence ███████ ███████ ███████ Telephone call with ███ Receipt and review of documents and correspondences ██████ for supplemental production and amended interog answers. Organized additional documents to be provided to Plaintiff. Drafted Defendant's Amended Answers to First Interogs. | 1:12 | 250.00 | 300.00 |
| 06.12.2019 | LCA | Proofread, revise and finalize Amended Responses to First and Second Requests for Production; revise and finalize Amended Answers to Plaintiff's Interrogatories; convert all jpeg files to pdf files; combine all responsive documents into one file to prepare for bates numbering; bates stamp document file; designate bates numbers for each document; prepare list of responsive documents for each request; serve all pleadings, bates numbered document and list on opposing counsel | 4:42 | 120.00 | 564.00 |
| 06.13.2019 | LCA | Revise Motion to Compel to add Certificate of Good Faith; finalize Motion; prepare Exhibits A - C; file with court | 0:24 | 120.00 | 48.00 |
| 06.17.2019 | MC | Discussion with MA re setting Plaintiff's and Plaintiff's husband's deposition. | 0:06 | 250.00 | 25.00 |
| 06.17.2019 | LCA | Phone call to Magistrate McAliley's JA re: necessity for hearing on Motion to Compel Appearance at Deposition; email to opposing counsel re: depositions of Plaintiff and husband | 0:12 | 0.00 | 0.00 |
| 06.18.2019 | LCA | Prepare Notice of Taking Deposition of Danae Rosales Gonzalez; serve on opposing counsel; proofread, revise and finalize Objection to Notice of Taking Deposition and Motion for Protective Order; file with USDC | 0:42 | 0.00 | 0.00 |
| 06.19.2019 | MC | Receipt and review of Order Granting Motion for Protective Order. | 0:06 | 0.00 | 0.00 |
| 06.19.2019 | LCA | Prepare Re-Notice of Taking Deposition for Danae Rosales Gonzalez (change of location); serve on opposing counsel; e-mail to court reporter | 0:12 | 120.00 | 24.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06.19.2019 | MC | Telephone calls ████████ re Plaintiff's deposition. Discussion with MA re same. | 0:18 | 0.00 | 0.00 |
| 06.21.2019 | MC | Receipt and review of Plaintiff's Motion for Protective Order re Plaintiff's deposition. Reviewed local rules re same. Receipt and review of court's order on same. | 0:18 | 250.00 | 75.00 |
| 06.24.2019 | MC | Receipt and review of Plaintiff's Response to 2nd RFP, Plaintiff's Answers to 2nd Interogs and Plaintiff's Amended Answers to 1st Interogs. | 0:12 | 250.00 | 50.00 |
| 06.25.2019 | MC | Telephone calls with Magistrate McAliley's office regarding discovery issues for hearing tomorrow. Discussion with MA re same. | 0:18 | 0.00 | 0.00 |
| 06.25.2019 | MC | Discussion with MA re outstanding discovery issues to be brought up at discovery hearing. Telephone call with Sunny Mulick re same. | 0:54 | 250.00 | 225.00 |
| 06.25.2019 | MC | Receipt and review of Mullick's Notice of Appearance and Plaintiff's Amended Notice of Discovery Hearing. | 0:12 | 250.00 | 50.00 |
| 06.26.2019 | MC | Attendance at discovery hearing before Magistrate McAliley. | 1:48 | 250.00 | 450.00 |
| 06.26.2019 | MC | Travel to and from courthouse for discovery hearing. | 1:00 | 0.00 | 0.00 |
| 06.26.2019 | MC | Drafted Defendant's Second Amended Responses to Plaintiff's First Request for Production. Drafted Defendant's Second Amended Responses to Plaintiff's Second RFP. | 0:30 | 250.00 | 125.00 |
| 06.26.2019 | MC | Reviewed documents ████ ████ o be produced per court's ruling at discovery hearing. | 1:12 | 250.00 | 300.00 |
| 06.27.2019 | MC | Reviewed whatsapp messages between Belen Rodriguez and Carlos Flores Jr. to be submitted in supplemental RFP. (Original Time 1.8 hours) | 1:18 | 250.00 | 325.00 |
| 06.27.2019 | MC | Correspondence ████ ████ Organized additional discovery documents to be provided following discovery hearing. Discussion with MA re same. Receipt and review of Order from Magistrate following discovery hearing. | 2:42 | 250.00 | 675.00 |
| 06.28.2019 | MC | Receipt and review of correspondence ████ | 0:06 | 0.00 | 0.00 |

Subtotal: 16,196.00

| 07.10.2019 | EXP | Reimbursable expenses for the |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | month: | | | |
| 06.10.2019 | | DLE Process Servers - 5/3/19 Belen Radriguez Gallardo | | | 35.00 |
| 07.10.2019 | **ADMN** | Administrative Fees for the Month | | | 809.80 |

Subtotal: 844.80

TOTAL OF NEW CHARGES 17,040.80

BALANCE DUE **$41,460.04**

Thank you for your prompt payment!

**Annesser Armenteros PLLC**

2525 Ponce De Leon Blvd, Suite 625
Coral Gables, FL  33134
786-600-7446



# INVOICE

| | |
|---|---|
| **INVOICE #** | 7065 |
| **DATE** | 08.15.2019 |
| **DUE DATE** | 09.14.2019 |
| **TERMS** | Net 30 |

**BILL TO**

Carlos Flores

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**MATTER**

Gonzalez v. O Group, LLC

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 07.10.2019 | Balance Forward | $41,460.04 |
| | Payments and credits between 07.10.2019 and 08.15.2019 | 0.00 |
| | New charges (details below) | 25,665.69 |
| | Total Amount Due | $67,125.73 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07.01.2019 | MC | Receipt and review of Plaintiff's proposed confidentiality order. | 0:18 | 0.00 | 0.00 |
| 07.01.2019 | MC | Receipt and review of correspondence from opposing counsel re Plaintiff's deposition and good faith discovery conference call. Discussion with MA re same. Responded to opposing counsel. Receipt and review of OC's response. | 0:24 | 250.00 | 100.00 |
| 07.02.2019 | MC | Correspondence ▮▮▮▮▮▮▮▮ following discovery hearing. Receipt and review of response to same ▮▮▮▮ | 0:12 | 250.00 | 50.00 |
| 07.03.2019 | MC | Telephone call with opposing counsel re SJ deadlines, trial issues and 3rd RFP issues/amendments to be made. | 0:30 | 250.00 | 125.00 |
| 07.03.2019 | MC | Reviewed and prepared documents for good faith discovery call with opposing counsel on Plaintiff's 3rd RFP. Discussion with MA re same. | 0:36 | 250.00 | 150.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 07.03.2019 | MC | Drafted Defendant's Amended Responses to 3rd RFP and correspondence ███████ ████████ following discovery hearing. | 0:24 | 250.00 | 100.00 |
| 07.03.2019 | MC | Discussion with MA re discovery call with opposing counsel and other discovery matters. | 0:06 | 250.00 | 25.00 |
| 07.03.2019 | LCA | Prepare Second Re-Notice of Taking Deposition of D. Rosales Gonzalez; serve on opposing counsel; e-mail notice to court reporters | 0:18 | 120.00 | 36.00 |
| 07.05.2019 | MC | Receipt and review of documents ███████ for supplemental discovery following discovery hearing. | 1:00 | 250.00 | 250.00 |
| 07.05.2019 | MC | Organized additional documents to be provided to Plaintiff following discovery hearing. Took notes on same. | 1:06 | 0.00 | 0.00 |
| 07.05.2019 | MC | Receipt and review of correspondence ██████ ████████ esponded to same and additional updates in case. | 0:18 | 250.00 | 75.00 |
| 07.05.2019 | MC | Correspondence ██████ re upcoming discovery deadline Receipt and review of correspondence ██████ Responded to same. | 0:18 | 250.00 | 75.00 |
| 07.05.2019 | MC | Receipt and review of correspondence from opposing counsel regarding discovery and proposals to move some deadlines. Discussion with MA re same. | 0:24 | 250.00 | 100.00 |
| 07.08.2019 | MC | Receipt and review of Plaintiff's Motion for Extension of Time to Respond to MSJ and Rule 11 Motion. Receipt and review of Plaintiff's proposed order on same. Receipt and review of Plaintiff's certification regarding knowledge of pregnancy pursuant to discovery hearing order. | 0:24 | 0.00 | 0.00 |
| 07.08.2019 | LCA | Proofread, revise and finalize Defendant's Second Amended Answers to Interrogatories, Second Amended Responses to First and Second Requests for Production, and Amended Response to Third Request for Production; convert all jpeg files to pdf; stamp confidential documents; combine all documents to be Bates numbered; prepare list of amended responses and | 3:06 | 120.00 | 372.00 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | corresponding bates numbered documents; serve all on opposing counsel; e-mail fully executed Joint Confidentiality Agreement | | | |
| 07.08.2019 | MC | Reviewed pleadings and discovery in preparation for Plaintiff's deposition. Started drafting outline for deposition and organizing exhibits for the same. (Total hours 2.4) | 1:12 | 250.00 | 300.00 |
| 07.08.2019 | MC | Responded to correspondence from opposing counsel regarding moving dates and discovery matters. Discussion with MA re same. Receipt and review of executed Confidentiality Agreement. Correspondence ▮▮▮ regarding Confidentiality Agreement. | 0:36 | 250.00 | 150.00 |
| 07.08.2019 | MC | Drafted Defendant's Second Amended Answers to Plaintiff's 1st Set of Interrogatories. | 0:48 | 250.00 | 200.00 |
| 07.09.2019 | MC | Receipt and review of correspondence from OC re need for translator for deposition. | 0:06 | 250.00 | 25.00 |
| 07.09.2019 | LCA | Prepare documents for deposition of Danae Rosales Gonzalez on 7/10/19 at 1:00; e-mail to and from DLE re: obtaining a translator for the deposition; | 0:54 | 120.00 | 108.00 |
| 07.09.2019 | MC | Discussion with MA re preparation for Plaintiff's depositions.▮▮▮ ▮▮▮ | 0:54 | 0.00 | 0.00 |
| 07.09.2019 | LCA | Revise, proofread and finalize Response in Opposition to Motion for Extension of Time to Respond to MSJ and Motion for Sanctions; file with court; review of Clerk's docket; update entries in AA docket | 0:48 | 120.00 | 96.00 |
| 07.09.2019 | MC | Continued drafting outline for Plaintiff's deposition, elements of case, and organized exhibits to be used for same. | 3:06 | 0.00 | 0.00 |
| 07.09.2019 | MA | Attend telephonic hearing regarding plaintiff's motion for enlargement of time to respond to summary judgment motion | 0:18 | 350.00 | 105.00 |
| 07.09.2019 | MA | Response in opposition to motion for enlargement of time | 0:30 | 350.00 | 175.00 |
| 07.10.2019 | MC | Conducted deposition of Plaintiff. | 7:00 | 250.00 | 1,750.00 |
| 07.10.2019 | MC | Finalized deposition preparation for Plaintiff's deposition. Discussion with JWA re Plaintiff's deposition ▮▮▮ ▮▮▮ | 3:42 | 250.00 | 925.00 |
| 07.10.2019 | MA | Attend deposition of D. Rosales (NC) | 7:48 | 350.00 | 2,730.00 |
| 07.15.2019 | MC | Receipt and review of Plaintiff's Witness List. | 0:06 | 250.00 | 25.00 |

Thank you for your prompt payment!

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07.16.2019 | MA | Review response to motion for summary judgment. | 0:24 | 350.00 | 140.00 |
| 07.16.2019 | LCA | Prepare Amended Notice of Second Discovery Hearing for attorney review; revise and finalize; file with court | 0:48 | 120.00 | 96.00 |
| 07.17.2019 | MA | Draft reply to motion for summary judgment | 1:42 | 350.00 | 595.00 |
| 07.17.2019 | MA | Attend hearing on discovery motions and advocate for client | 1:30 | 350.00 | 525.00 |
| 07.17.2019 | MC | Receipt and review of Plaintiff's Response in Opposition to Motion for SJ. Receipt and review of Plaintiff's Statement of Uncontested Material Facts. | 0:48 | 250.00 | 200.00 |
| 07.17.2019 | LCA | Print documents for MA for 2nd Discovery hearing on 7/17/19 | 0:06 | 120.00 | 12.00 |
| 07.18.2019 | LCA | E-mails with opposing counsel re: deposition of B. Gallardo; prepare Subpoena for Deposition Duces Tecum and Notice of Taking Deposition Duces Tecum; e-mail to process server re: pick up of Subpoena, Notice and witness fee check; e-mail to court reporter; serve Notice on opposing counsel | 0:36 | 120.00 | 72.00 |
| 07.18.2019 | MC | Receipt and review of Plaintiff's Response in Opposition to Rule 11 Motion. | 0:18 | 250.00 | 75.00 |
| 07.18.2019 | MC | Receipt and review of Order following 07/17 discovery hearing. Correspondence ████████ ████  Receipt and review ████ response to same. | 0:24 | 250.00 | 100.00 |
| 07.19.2019 | MA | Draft motion to file statement of material facts | 1:24 | 350.00 | 490.00 |
| 07.19.2019 | MA | Draft reply to motion for summary judgment | 3:48 | 350.00 | 1,330.00 |
| 07.19.2019 | MC | Receipt and review of correspondences ████ ██████ ████Responded to same. Receipt and review of payroll register for corporate employees and all of O Group. Discussion with MA re same. | 0:24 | 250.00 | 100.00 |
| 07.19.2019 | MC | Receipt and review of Notice of Intent to Issue Subpoena Duces Tecum without Deposition to Jason Perlman. Drafted Objection to the same. | 0:42 | 250.00 | 175.00 |
| 07.19.2019 | MC | Receipt and review of correspondence from opposing counsel re contact information regarding Claudia Ramos and Ester Vasquez. Discussion with MA re | 0:12 | 250.00 | 50.00 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | same. | | | |
| 07.20.2019 | MA | Continued attention to draft of reply to motion for summary judgment. | 5:12 | 350.00 | 1,820.00 |
| 07.22.2019 | MC | Reviewed Rule 11 Motion and Plaintiff's Response to same for Reply to Plaintiff's Response. Started drafting Reply to Plaintiff's Response to Rule 11 Motion. Legal research for same. | 3:24 | 250.00 | 850.00 |
| 07.23.2019 | LCA | Proofread and revise Reply in Support of Motion for Summary Judgment; insert exhibit references; assemble exhibits including deposition excerpts; finalize Reply and exhibits; file with court | 1:48 | 120.00 | 216.00 |
| 07.23.2019 | MC | Receipt and review of Order Granting Motion to File Uncontested Statement of Facts. | 0:06 | 250.00 | 25.00 |
| 07 23 2019 | MA | Review and finalize reply to motion for anction  review order granting leave to file  tatement of fact  finalize  tatement of fact  to file with court | 0 54 | 350 00 | 315 00 |
| 07.23.2019 | MA | Continued attention and finalization of reply to motion for summary judgment; finalize citations for court | 6:24 | 350.00 | 2,240.00 |
| 07.23.2019 | LCA | Proofread and file Objection to Notice of Intent to Issue Subpoena Duces Tecum Without Deposition to Non-Party | 0:18 | 120.00 | 36.00 |
| 07.23.2019 | MC | Continued drafting Reply to Plaintiff's Response to Rule 11 Motion. Legal research for same. Discussion with MA re case and same. | 4:00 | 250.00 | 1,000.00 |
| 07.24.2019 | MC | Drafted Defendant's 2nd Amended Responses to 3rd RFP pursuant to Magistrate's order. | 0:18 | 250.00 | 75.00 |
| 07 24 2019 | LCA | Proofread  revi e and finalize Defendant'  Revi ed Statement of Undi puted Fact   add Flore  Affidavit a  E   A  file both with court  proofread and finalize Second Amended Re pon e to Plaintiff' Third Reque t for Production  bate number payroll regi ter being produced   erve re pon e and document   on oppo ing coun el  proofread, revise and finalize Reply to Plaintiff's Response to Defendant's Motion for Rule 11 Sanctions; brief discussion with M. Conkey re: depo excerpt; prepare excerpt as Ex. A; file both with court | 2 18 | 120 00 | 276 00 |
| 07.27.2019 | MA | Prepare for deposition of Belen Rodriguez | 1:42 | 350.00 | 595.00 |
| 07.27.2019 | MA | Take deposition of Belen Rodriguez | 1:54 | 350.00 | 665.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 07.30.2019 | JWA | Research and analyze Federal Authorities ▮ | 1:36 | 350.00 | 560.00 |
| 07.30.2019 | MC | Receipt and review of Plaintiff's Response to Undisputed Statement of Facts and Supplemental Authority. Receipt and review of order cancelling hearing. Discussion ▮ re responding to supplemental authority. | 0:24 | 250.00 | 100.00 |
| 07.30.2019 | MC | Legal research on Supplemental Authority cited by Plaintiff. | 0:30 | 250.00 | 125.00 |
| 07.30.2019 | MA | Research authority opposing Rosales position ▮ begin draft of response to supplemental authority. | 3:30 | 350.00 | 1,225.00 |
| 07.31.2019 | MA | Attention to response to supplemental authority | 0:42 | 350.00 | 245.00 |
| 07.31.2019 | MC | Legal research relating to Jolley case cited by Plaintiff in Supplemental Authority. | 1:12 | 250.00 | 300.00 |
| | | | | Subtotal: | 22,675.00 |
| 08.15.2019 | EXP | Reimbursable expenses for the month: | | | |
| 08.15.2019 | ADMN | Administrative Fees for the Month | | | 1,133.75 |
| 06.25.2019 | | Certified Translation - DocuRapid Corp | | | 27.94 |
| 06.26.2019 | | Miami Parking Authority | | | 14.00 |
| 07.16.2019 | | DLE Court Reporters -7/10/19 Deposition of Danae Rosales Gonzalez & Spanish Interpreter for 8 hours | | | 1,700.00 |
| 07.19.2019 | | DLE Process Servers - 07/18/19 Belen Rodriguez Gallardo | | | 115.00 |
| | | | | Subtotal: | 2,990.69 |

| | | | |
|---|---|---|---|
| | TOTAL OF NEW CHARGES | | 25,665.69 |
| | BALANCE DUE | | **$67,125.73** |

Thank you for your prompt payment!

**Annesser Armenteros PLLC**

2525 Ponce De Leon Blvd, Suite 625

Coral Gables, FL  33134

786-600-7446



# INVOICE

**INVOICE #** 7261

**DATE** 09.03.2019

**DUE DATE** 10.03.2019

**TERMS** Net 30

**BILL TO**

Carlos Flores

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

**MATTER**

Gonzalez v. O Group, LLC

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 08.15.2019 | Balance Forward | $67,125.73 |
| | Payments and credits between 08.15.2019 and 09.03.2019 | 0.00 |
| | New charges (details below) | 11,769.50 |
| | Total Amount Due | $78,895.23 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08.01.2019 | MA | Continued attention to and finalize response to Plaintiff's supplemental authority and reply to response to undisputed material facts (Originally 5.2 hours) | 4:00 | 350.00 | 1,400.00 |
| 08.01.2019 | MA | Attend discovery conference and advocate for client. | 0:30 | 350.00 | 175.00 |
| 08.01.2019 | MC | Discussion with MA re motion in limine and evidence to be excluded for trial. Drafted Defendant's Motions in Limine. Research for same. | 2:36 | 0.00 | 0.00 |
| 08.02.2019 | MC | Continued drafting Motions in Limine. Legal research for same. | 2:30 | 250.00 | 625.00 |
| 08.05.2019 | MC | Edited Motions in Limine. Legal research for same. | 1:24 | 250.00 | 350.00 |
| 08.05.2019 | MA | | 1:12 | 0.00 | 0.00 |
| 08.07.2019 | MC | Receipt and review of Plaintiff's Motion in Limine. | 0:12 | 250.00 | 50.00 |
| 08.09.2019 | JWA | Meeting with Miguel regarding Motion for Summary Judgment, hearing on same, and schedule for | 0:18 | 400.00 | 120.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | trial preparation. | | | |
| 08.12.2019 | MC | Compiled case law for hearing on Motion for Summary Judgment and all related motions/responses thereto. | 3:12 | 250.00 | 800.00 |
| 08.12.2019 | LCA | Prepare binders and index of case law for hearing on Motion for Summary Judgment; prepare hearing notebook of pleadings and exhibits for MSJ hearing | 6:36 | 120.00 | 792.00 |
| 08.12.2019 | JWA | Review and research Motion for Summary Judgment; Response in Opposition, Reply in Support and Supplemental Authorities. | 1:30 | 350.00 | 525.00 |
| 08.12.2019 | MA | Prepare for hearing on Motion for Summary Judgment | 2:30 | 350.00 | 875.00 |
| 08.13.2019 | MC | Telephone calls with Judge's JA re questions relating to court minutes from hearing and case docket. | 0:12 | 0.00 | 0.00 |
| 08.13.2019 | LCA | Prepare Notice of Appearance and Designation of E-mail Addresses for JWA; file with USDC; update service information for MA and JWA | 0:24 | 120.00 | 48.00 |
| 08.13.2019 | JWA | Prepare for and attend hearing on Motion for Summary Judgment. | 3:00 | 350.00 | 1,050.00 |
| 08.13.2019 | JWA | Research and Analyze Florida Authorities ███████ | 1:48 | 350.00 | 630.00 |
| 08.13.2019 | MA | Travel to, attend hearing on O Group's motion for summary judgment and advocate for client. | 3:42 | 350.00 | 1,295.00 |
| 08.14.2019 | MA | Begin draft of reply pursuant to court request for additional authority. | 0:42 | 350.00 | 245.00 |
| 08.15.2019 | LCA | Proofread, revise and finalize Supplemental Brief in Support of Motion for Summary Judgment | 0:24 | 0.00 | 0.00 |
| 08.15.2019 | MA | Draft and revise for filing O Group's reply to motion for summary judgment as to amendment to pleadings following filing of MSJ (Originally 3.2 hrs) | 2:00 | 350.00 | 700.00 |
| 08.16.2019 | MC | Started drafting Defendant's Trial Exhibit List. Discussion with JWA and MA re moved trial date and MSJ hearing. | 2:00 | 0.00 | 0.00 |
| 08.16.2019 | MA | Attend telephonic hearing on court's request following summary judgment hearing; confer ██████ re: supplemental authority and reply requested by Court. | 1:00 | 350.00 | 350.00 |
| 08.16.2019 | MA | Draft sur reply supporting motion for | 1:18 | 350.00 | 455.00 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | summary judgment | | | |
| 08.19.2019 | MC | Receipt and review of Plaintiff's second submission of supplemental authority and exhibits to same. | 0:18 | 250.00 | 75.00 |
| 08.23.2019 | MA | Review and analyze order on summary judgment; memo to file regarding same | 1:00 | 350.00 | 350.00 |
| | | | | Subtotal: | 10,910.00 |
| 09.03.2019 | EXP | Reimbursable expenses for the month: | | | |
| 08.13.2019 | | Miami Parking Authority | | | 14.00 |
| 07.29.2019 | | DLE Court Reporters -7/27/19 Deposition of Belen Rodriguez Gallardo | | | 300.00 |
| 09.03.2019 | ADMN | Administrative Fees for the Month | | | 545.50 |
| | | | | Subtotal: | 859.50 |

| | |
|---|---|
| TOTAL OF NEW CHARGES | 11,769.50 |
| BALANCE DUE | **$78,895.23** |

**Annesser Armenteros PLLC**

2525 Ponce De Leon Blvd, Suite 625

Coral Gables, FL 33134

786-600-7446



# INVOICE

| | |
|---|---|
| **INVOICE #** | 7293 |
| **DATE** | 09.05.2019 |
| **DUE DATE** | 10.05.2019 |
| **TERMS** | Net 30 |

**BILL TO**

Carlos Flores

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MATTER**

Gonzalez v. O Group, LLC

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 09.03.2019 | Balance Forward | $78,895.23 |
| | Payments and credits between 09.03.2019 and 09.05.2019 | 0.00 |
| | New charges (details below) | 2,177.70 |
| | Total Amount Due | $81,072.93 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09.03.2019 | LCA | Search PACER ███████ | 0:12 | 120.00 | 24.00 |
| 09.03.2019 | MC | Discussion with MA re Motion for Costs/Fees following Final Judgment. Legal research for same. | 4:36 | 250.00 | 1,150.00 |
| 09.03.2019 | MC | Drafted Motion for Attorney's Fees and Costs. | 1:18 | 250.00 | 325.00 |
| 09.04.2019 | MC | Review of local rules and federal rules of civil procedure for timing/deadlines, conferral requirements associated with motion for costs and motion for fees. Discussion with MA re same. | 0:36 | 250.00 | 150.00 |
| 09.04.2019 | MC | Continued drafting Motion for Taxing Costs. Legal research for same. | 0:30 | 250.00 | 125.00 |
| 09.04.2019 | MC | Continued drafting Motion for Attorney's Fees and other costs. Legal research for same. Discussion with MA ███████ | 1:12 | 250.00 | 300.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | | | Subtotal: | 2,074.00 |
| 09.05.2019 | **EXP** | Reimbursable expenses for the month: | | | |
| 09.05.2019 | **ADMN** | Administrative Fees for the Month | | | 103.70 |
| | | | | Subtotal: | 103.70 |

TOTAL OF NEW CHARGES         2,177.70

BALANCE DUE         **$81,072.93**

Thank you for your prompt payment!

**Annesser Armenteros PLLC**

2525 Ponce De Leon Blvd, Suite 625
Coral Gables, FL  33134
786-600-7446



# INVOICE

| | |
|---|---|
| **INVOICE #** | 7303 |
| **DATE** | 09.23.2019 |
| **DUE DATE** | 10.23.2019 |
| **TERMS** | Net 30 |

**BILL TO**

Carlos Flores

---

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

---

**MATTER**

Gonzalez v. O Group, LLC

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 09.05.2019 | Balance Forward | $81,072.93 |
| | Payments and credits between 09.05.2019 and 09.23.2019 | 0.00 |
| | New charges (details below) | 2,220.75 |
| | Total Amount Due | $83,293.68 |

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09.03.2019 | MA | Outline motion for costs | 0:12 | 350.00 | 70.00 |
| 09.05.2019 | MC | Discussion with LCA re bills of costs. Research as to taxable costs and 28 USC § 1920 and 1923. | 0:30 | 250.00 | 125.00 |
| 09.05.2019 | LCA | Begin review of Motion to Tax Costs; review of 28 U.S.C. 1920 per e-mail from MHC to determine taxable costs; e-mail to accounting to obtain copies of invoices and receipts; receipt and begin review of same; online research re: docket fees; locate and download form AO133 (bill of costs); discussion with MHC re: ███████████████ | 1:00 | 120.00 | 120.00 |
| 09.18.2019 | LCA | Prepare draft of Bill of Costs and Motion to Tax Costs for attorney review; obtain copies of all invoices from court reporter, process server and accounting for attachment to Bill of Costs via e-mails and DLE online account; discussion with MA ██ | 1:48 | 120.00 | 216.00 |

Thank you for your prompt payment!

| DATE | INITIALS | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09.19.2019 | MC | Continued drafted Motion for Attorney's fees and Non-Taxable Costs. Legal research for same. Discussion with MA re same. | 2:00 | 250.00 | 500.00 |
| 09.20.2019 | LCA | Review and redact invoices to be attached to Motion for Attorney's Fees | 1:06 | 120.00 | 132.00 |
| 09.20.2019 | LCA | Find USDC cases on PACER; | 0:24 | 120.00 | 48.00 |
| 09.20.2019 | MC | Discussion with MA re Motion for Attorney's Fees and affidavit for same. Continued drafting Motion for Attorney's Fees and Costs. | 0:54 | 250.00 | 225.00 |
| 09.23.2019 | LCA | Revise and finalize Motion to Tax Costs and Exhibit A thereto; review case law regarding attorney's fees in similar cases; begin review of Motion for Attorney's Fees; redact revised invoices to attach to Motion | 1:42 | 120.00 | 204.00 |
| 09.23.2019 | MC | Revised Motion for Costs. Discussion with MA re same. Correspondence to opposing counsel re draft of Motion for Costs in effort to resolve prior to filing with court. | 0:24 | 250.00 | 100.00 |
| 09.23.2019 | MC | Finished drafting Motion for Attorney's fees. | 1:30 | 250.00 | 375.00 |
| | | | | Subtotal: | 2,115.00 |
| 09.23.2019 | EXP | Reimbursable expenses for the month: | | | |
| 09.23.2019 | ADMN | Administrative Fees for the Month | | | 105.75 |
| | | | | Subtotal: | 105.75 |

TOTAL OF NEW CHARGES     2,220.75

BALANCE DUE

**$83,293.68**

Thank you for your prompt payment!